1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States



8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14−CV−01661−TLN−KJN |
| Plaintiff, | |
| v. | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| APPROXIMATELY $16,750.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $97,438.70 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7988959974, | |
| APPROXIMATELY $1,084.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7988948290, | |
| 2009 HARLEY DAVIDSON ROAD KING FLHRC MOTORCYCLE,  VIN: 1HD1FR4399Y605921, CALIFORNIA LICENSE NUMBER: 19S0357, | |
| 2009 DODGE CHALLENGER, VIN: 2B3LJ54T19H606557, CALIFORNIA LICENSE NUMBER: 6HTR425, and | |
| 2005 GENERAL MOTORS HUMMER H2, VIN: 5GRGN22U75H108697, CALIFORNIA LICENSE NUMBER: 7V53524, | |
| Defendants. | |

27    WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 15, 2014, in the

28  United States District Court for the Eastern District of California, alleging that the Approximately

1  $16,750.00 in U.S. Currency, Approximately $97,438.70 seized from Wells Fargo Bank Account
2  Number 7988959974, Approximately $1,084.00 seized from Wells Fargo Bank Account Number
3  7988948290, a 2009 Harley Davidson Road King FLHRC Motorcycle, VIN: 1HD1FR4399Y605921,
4  California License Number: 19S0357, a 2009 Dodge Challenger, VIN: 2B3LJ54T19H606557,
5  California License Number: 6HTR425, and a 2005 General Motors Hummer H2, VIN:
6  5GRGN22U75H108697, California License Number: 7V53524 (collectively "defendant assets") are
7  subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of
8  21 U.S.C. §§ 841 *et seq.*;

9  And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and
10 the affidavit of Drug Enforcement Administration Special Agent Brian Nehring, there is probable
11 cause to believe that the defendant assets so described constitute property that is subject to forfeiture
12 for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem*
13 exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and
14 Asset Forfeiture Actions;

15 IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District
16 of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 7/15/2014

CAROLYN K. DELANEY
United States Magistrate Judge