1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:14−CV−01661−TLN−KJN

12              Plaintiff,

13         v.                                REQUEST AND ORDER TO EXTEND
                                             DEADLINE TO FILE JOINT STATUS
14  APPROXIMATELY $16,750.00 IN U.S.         REPORT
    CURRENCY,
15
    APPROXIMATELY $97,438.70 SEIZED FROM
16  WELLS FARGO BANK ACCOUNT NUMBER
    7988959974,
17
    APPROXIMATELY $1,084.00 SEIZED FROM
18  WELLS FARGO BANK ACCOUNT NUMBER
    7988948290,
19
    2009 HARLEY DAVIDSON ROAD KING
20  FLHRC MOTORCYCLE,  VIN:
    1HD1FR4399Y605921, CALIFORNIA
21  LICENSE NUMBER: 19S0357,

22  2009 DODGE CHALLENGER, VIN:
    2B3LJ54T19H606557, CALIFORNIA LICENSE
23  NUMBER: 6HTR425, and

24  2005 GENERAL MOTORS HUMMER H2, VIN:
    5GRGN22U75H108697, CALIFORNIA
25  LICENSE NUMBER: 7V53524,

26              Defendants.

27

28

                                 1

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from December 19, 2014 to March 19, 2015.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

### **Introduction**

On July 15, 2014, the United States filed a civil forfeiture complaint against the above-captioned assets ("defendant assets") based on their alleged involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on July 19, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on August 22, 2014.

### **Good Cause**

The United States has provided notice to all potential claimants pursuant to law.  Potential claimants Curtis Phillips, Michelle Davis Phillips and Deborah L. Pollard have not filed a claim and the time to file a claim has expired.

Clerk's Defaults have been entered against Curtis Phillips, Michelle Davis Phillips and Deborah L. Pollard and the United States has filed a motion for default judgment and final judgment of forfeiture against all potential claimants.  Such filings, if/when granted, would terminate the case.

A claim has been filed by the lienholder on one of the assets and the United States will work out an agreement with them as to their interest in the defendant asset.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to March 19, 2015 (or to another date the Court deems appropriate).

Dated:   12/19/2014                               BENJAMIN B. WAGNER
                                                                United States Attorney

                                                     By:      /s/ Kevin C. Khasigian
                                                                KEVIN C. KHASIGIAN
                                                                Assistant U.S. Attorney

///

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on December 19, 2014 is extended to March 19, 2015.

**IT IS SO ORDERED.**

Dated:  December 23, 2014

_____
Troy L. Nunley
United States District Judge