BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-01661-TLN-KJN |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $16,750.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $97,438.70 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7988959974, | |
| APPROXIMATELY $1,084.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7988948290, | |
| 2009 HARLEY DAVIDSON ROAD KING FLHRC MOTORCYCLE, VIN: 1HD1FR4399Y605921, CALIFORNIA LICENSE NUMBER: 19S0357, | |
| 2009 DODGE CHALLENGER, VIN: 2B3LJ54T19H606557, CALIFORNIA LICENSE NUMBER: 6HTR425, and | |
| 2005 GENERAL MOTORS HUMMER H2, VIN: 5GRGN22U75H108697, CALIFORNIA LICENSE NUMBER: 7V53524, | |
| Defendants. | |

This case, commenced on July 15, 2014, is a civil action *in rem* to forfeit to the United States

several assets allegedly involved in violations of federal drug laws. (ECF No. 1.) To date, no claims to the defendant assets were filed, other than a claim by Ally Financial Inc. (ECF No. 13), with which the United States has entered into a stipulation for a final judgment of forfeiture. (ECF No. 20-1.) On November 3, 2014, the Clerk of Court entered the default of potential claimant Deborah L. Pollard, and on December 18, 2014, the Clerk of Court entered the default of potential claimants Curtis Phillips and Michelle Davis Phillips. (ECF Nos. 12, 15.)

Presently pending before the court is the United States' amended motion for default judgment and final judgment of forfeiture, which was filed on January 22, 2015. (ECF No. 20.) On January 26, 2015, the court issued an order requiring any opposition to the motion to be filed no later than February 19, 2015. (ECF No. 21.) That order, along with the underlying motion papers, was served on potential claimants Curtis Phillips, Michelle Phillips, and Deborah Pollard at their last-known addresses. (ECF No. 22.) Although the deadline for filing an opposition has now passed, no opposition or other response to the motion was filed by Curtis Phillips, Michelle Phillips, Deborah Pollard, or any other person.

After carefully considering the United States' motion, as well as the files and records of the court, the court FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed on or about July 15, 2014.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard be held in default;

2. That the United States' amended motion for default judgment and final judgment of

forfeiture (ECF No. 20) be granted;

    3.    That judgment by default be entered against any right, title, or interest of potential claimants Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard in the defendant assets, subject to the interest of Ally Financial Inc. in the 2009 Dodge Challenger, referenced in the above caption;

    4.    That a final judgment be entered, forfeiting all right, title, and interest in the defendant assets to the United States, subject to the interest of Ally Financial Inc. in the 2009 Dodge Challenger, to be disposed of according to law.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: March 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE