UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $16,750.00 IN U.S. CURRENCY, et al.,<br><br>Defendants. | No. 2:14-cv-1661-TLN-KJN<br><br><br><br>ORDER |

On March 3, 2015, the magistrate judge filed findings and recommendations (ECF No. 23), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 23) are adopted.

2. Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard are held in default.

3. The United States' Amended Motion for Default Judgment and Final Judgment of Forfeiture (ECF No. 20) is granted.

4. Judgment by default is entered against any right, title, or interest of potential claimants Curtis Phillips, Michelle Davis Phillips, and Deborah Pollard in the Defendant assets, subject to the interest of Ally Financial Inc. in the 2009 Dodge Challenger, as referenced in the caption on the Court's docket.

5. A final judgment is entered, forfeiting all right, title, and interest in the Defendant assets to the United States, subject to the interest of Ally Financial Inc. in the 2009 Dodge Challenger, to be disposed of according to law.

IT IS SO ORDERED.
Dated: March 31, 2015

Troy L. Nunley
United States District Judge